**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAHBOBEH RAZMARA,<br><br>    Plaintiff,<br><br>v.<br><br>ZIAI MEHRBANOO; KARINE ASLANIAN; ERIC DELGADO; BENJAMIN GRIFFARD; AGL BRENTWOOD INC.; JOHNHART CORP A/K/A JOHNHART REAL ESTATE; DREAM TEAM REAL ESTATE CONSULTANTS INC.; and BEST CORE GROUP INC. A/K/A PRIME PARTNERS REALTY,<br><br>    Defendants. | Case No. 2:17-cv-04669-ODW-AGR<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS DREAM TEAM REAL ESTATE CONSULTANTS INC. AND ERIC DELGADO |

IT IS HEREBY ORDERED, pursuant to the Stipulation of Plaintiff Mahbobeh Razmara ("Plaintiff") and Defendants Dream Team Real Estate Consultants Inc. ("Dream Team") and Eric Delgado ("Delgado"), that:

1.   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed without prejudice as to Plaintiff's individual claims and the claims of the absent members of the putative class against Dream Team and Delgado;

2.   As the Court has not certified a class in this matter, the notice and approval requirements of Fed. R. Civ. P. 23(e) do not apply; and

3.   Each party shall bear its own costs and attorneys' fees incurred in this Action.

Dated: October 25, 2017

_____
HON. OTIS. D. WRIGHT, II
UNITED STATES DISTRICT JUDGE