**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorney for Plaintiff,*
Mahbobeh Razmara

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHBOBEH RAZMARA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZIAI MEHRBANOO, an individual; KARINE ASLANIAN, an individual; ERIC DELGADO, an individual; BENJAMIN GRIFFARD, an individual; AGL BRENTWOOD INC.; JOHNHART CORP A/K/A JOHNHART REAL ESTATE; DREAM TEAM REAL ESTATE CONSULTANTS INC.; and BEST CORE GROUP INC. A/K/A PRIME PARTNERS REALTY,<br><br>Defendants. | **Case No:** 2:17-cv-04669-ODW-AGR<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Judge**: Hon. Otis D. Wright, II |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties have settled the action on an individual basis. Plaintiff therefore respectfully requests that the Court vacate all pending deadlines and permit the parties until January 26, 2018, to file the necessary dismissal papers.

Date: December 15, 2017   Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  s/ Jason A. Ibey
     Jason A. Ibey, Esq.
     *Attorney for Plaintiff*