JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHBOBEH RAZMARA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC. d/b/a KELLER WILLIAMS,<br><br>Defendant. | Case No. 2:17-cv-04669-ODW-AGR<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION** |

Having considered the Parties' joint stipulation for dismissal of the action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause, the Court GRANTS the joint stipulation and ORDERS as follows:

///

///

Order on Joint Stipulation For Dismissal of Action
2:17-cv-04669-ODW-AGR

1. The action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members; and

2. The Parties are to bear their own fees and costs.

DATED: January 19, 2018            _____
                                           HON. OTIS D. WRIGHT II
                                           U.S. DISTRICT COURT JUDGE